56

(No. 74-CC-866— )

JIMS'S AUTO SUPPLY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed August 2, 1974.*

JIM'S AUTO SUPPLY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-867— )

THOMAS EDWARD SWEENEY, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed August 2, 1974.*

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.